UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

NETTIE SCIOLINO and
JEANNINE M. STREIFF,

        Plaintiffs,

v.

CENTRAL CREDIT SERVICES, INC. and
ARROW FINANCIAL SERVICES, LLC,

        Defendants.

Civil Action No. 09-cv-0283

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED:

_____
Kenneth R. Hiller, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288

DATED:

_____
Pilar A. Cano, Esq.
Deily, Mooney & Glastetter, LLP
*Attorneys for Defendant*
8 Thurlow Terrace
Albany, New York 12203
Phone: (518) 436-0344